IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EZETTE WEATHERS                                           PLAINTIFF

v.                      No. 5:16-cv-341-DPM

NANCY A. BERRYHILL,
Acting Commissioner, Social Security
Administration                                            DEFENDANT

ORDER

The Commissioner hasn't objected to the Magistrate Judge's recommendation of a remand for further development of the record and reconsideration. The Court sees no clear error on the face of the record. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Recommended disposition, № 25, adopted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 November 2017