IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EZETTE WEATHERS                                                    PLAINTIFF

v.                         No. 5:16-cv-341-DPM

NANCY A. BERRYHILL,
Acting Commissioner, Social Security
Administration                                                     DEFENDANT

## JUDGMENT

The Commissioner's decision is reversed and the case is remanded. This is a "sentence four" remand. 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101–02 (1991).

_____
D.P. Marshall Jr.
United States District Judge

27 November 2017