IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EZETTE WEATHERS                                              PLAINTIFF

v.                        No. 5:16-cv-341-DPM

NANCY A. BERRYHILL,
Acting Commissioner, Social Security
Administration                                               DEFENDANT

## ORDER

The motion, № 28, is granted as modified. The Court agrees with all the adjustments suggested by the Acting Commissioner. After slightly adjusting the hourly rate for 2016 time, cutting 1.5 hours for clerical work, and eliminating the filing fee as an expense, the Court concludes that Weathers is entitled to a reasonable attorney's fee of $8496.68. The Acting Commissioner shall pay the fee in the normal course. № 30 at 3 n.1. The Court awards the $400 filing fee as a cost under the Equal Access to Justice Act and authorizes Weathers's counsel to seek reimbursement.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 January 2018